**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF PUERTO RICO**
**PONCE DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 2:17-BK-07507 |
| | § | |
| Victoria Santiago Gonzalez | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT**
**CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

Noreen Wiscovitch-Rentas, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)      All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2)      A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned:  *(without deducting any secured claims)* | $96,987.75 | Assets Exempt: | $245,443.75 |
| Total Distributions to Claimants: | $189,534.67 | Claims Discharged Without Payment: | $0.00 |
| Total Expenses of Administration: | $89,867.35 | | |

3)      Total gross receipts of $555,000.00 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $275,597.98 (see **Exhibit 2**), yielded net receipts of $279,402.02 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $0.00 | $22,938.47 | $22,938.47 | $22,938.47 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $89,867.35 | $89,867.35 | $89,867.35 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $0.00 | $245,301.72 | $161,065.57 | $166,596.20 |
| **Total Disbursements** | $0.00 | $358,107.54 | $273,871.39 | $279,402.02 |

4).  This case was originally filed under chapter 7 on 12/28/2017.  The case was pending for 26 months.

5).  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6).  An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 02/07/2020                    By:    /s/ Noreen Wiscovitch-Rentas
                                              Trustee

STATEMENT:  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| Bo. Lomas Carr 149Juana Diaz Pr 00795 | 1110-000 | $555,000.00 |
| **TOTAL GROSS RECEIPTS** | | $555,000.00 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT PAID |
|---|---|---|---|
| VICTORIA SANTIAGO GONZALEZ | Surplus Funds | 8200-002 | $96,257.79 |
| CLERK, U.S. BANKRUPTCY COURT | Funds to Third Parties | 8500-002 | $179,340.19 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | $275,597.98 |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 5a | CRIM | 4700-000 | $0.00 | $12,216.25 | $12,216.25 | $12,216.25 |
| | CRIM | 4700-000 | $0.00 | $10,722.22 | $10,722.22 | $10,722.22 |
| **TOTAL SECURED CLAIMS** | | | $0.00 | $22,938.47 | $22,938.47 | $22,938.47 |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Noreen Wiscovitch-Rentas, Trustee | 2100-000 | NA | $17,220.10 | $17,220.10 | $17,220.10 |
| NOREEN WISCOVITCH-RENTAS, Trustee | 2200-000 | NA | $298.40 | $298.40 | $298.40 |
| CLERK OF THE COURT | 2700-000 | NA | $350.00 | $350.00 | $350.00 |
| SECRETARIO DE HACIENDA | 2820-000 | NA | $36,709.00 | $36,709.00 | $36,709.00 |
| NOEMI LANDRAU-RIVERA, Attorney for Trustee | 3210-000 | NA | $14,035.00 | $14,035.00 | $14,035.00 |
| NOEMI LANDRAU- | 3210-000 | NA | $5,550.00 | $5,550.00 | $5,550.00 |

| | | | | | |
|---|---|---|---|---|---|
| RIVERA Former Trustee, Attorney for Trustee | | | | | |
| NOEMI LANDRAU-RIVERA, Attorney for Trustee | 3220-000 | NA | $111.35 | $111.35 | $111.35 |
| Tamarez CPA. LLC, Accountant for Trustee | 3410-000 | NA | $1,500.00 | $1,500.00 | $1,500.00 |
| TAMAREZ CPA, LLC, Accountant for Trustee | 3420-000 | NA | $93.50 | $93.50 | $93.50 |
| MARIO MUNIZ, Realtor for Trustee | 3510-000 | NA | $14,000.00 | $14,000.00 | $14,000.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $89,867.35 | $89,867.35 | $89,867.35 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**
NONE

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**
NONE

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | IVELISSE TORO ZAMBRANA | 7100-000 | $0.00 | $30,000.00 | $30,000.00 | $30,000.00 |
| 2 | Banco Popular de Puerto Rico Special Loans | 7100-000 | $0.00 | $63,677.52 | $0.00 | $0.00 |
| 3 | Banco Popular de Puerto Rico Special Loans | 7100-000 | $0.00 | $20,558.63 | $0.00 | $0.00 |
| 4 | SCOTIABANK DE PUERTO RICO | 7100-000 | $0.00 | $105,247.53 | $105,247.53 | $105,247.53 |
| 5b | CRIM | 7100-000 | $0.00 | $8,670.68 | $8,670.68 | $8,670.68 |
| 6 | Edgardo R. Vargas Santiago | 7200-000 | $0.00 | $17,147.36 | $17,147.36 | $17,147.36 |
| | CRIM | 7990-000 | $0.00 | $0.00 | $0.00 | $377.59 |
| | CRIM | 7990-000 | $0.00 | $0.00 | $0.00 | $268.00 |
| | CRIM | 7990-000 | $0.00 | $0.00 | $0.00 | $174.75 |
| | Edgardo R. Vargas Santiago | 7990-000 | $0.00 | $0.00 | $0.00 | $530.00 |
| | IVELISSE TORO ZAMBRANA | 7990-000 | $0.00 | $0.00 | $0.00 | $927.25 |
| | SCOTIABANK | 7990-000 | $0.00 | $0.00 | $0.00 | $3,253.04 |

| | | | | |
|---|---|---|---|---|
| DE PUERTO RICO | | | | |
| **TOTAL GENERAL UNSECURED CLAIMS** | $0.00 | $245,301.72 | $161,065.57 | $166,596.20 |

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page No:   1          Exhibit 8

| Case No.: | 17-07507-EAG | Trustee Name: | Noreen Wiscovitch-Rentas |
|---|---|---|---|
| Case Name: | Santiago Gonzalez, Victoria | Date Filed (f) or Converted (c): | 12/28/2017 (f) |
| For the Period Ending: | 2/7/2020 | §341(a) Meeting Date: | 01/25/2018 |
| | | Claims Bar Date: | 07/24/2018 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| **Ref. #** | | | | | | |
| 1 | Urb. Lago Horizonte C19 Calle 3 Juana Diaz Pr 00795 | $228,071.75 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | URB. LAGO HORIZONTE C19 CALLE 3 JUANA DIAZ PR 00795 LOT AND TWO FLOOR CONCRETE RESIDENTIAL PROPERTY CONSISTING OF FIVE BEDROOMS, FOUR BATHROOMS, LIVINGROOM, DININGROOM, KITCHEN AND CARPORT. DEBTOR WILL HAVE TO INCUR IN ATTORNEY AND REALTOR FEES IN ORDER TO SELL THE PROPERTY IN THE AMOUNT OF $28,356.50. CH7 TRUSTEES FEES ARE ALSO TAKEN INTO CONSIDERATION IN THE AMOUNT OF $25,500.00. THE PROPERTY IS WORTH $510,000.00. 50% OF THE PROPERTY BELONGS TO DEBTOR AND THE OTHER 50% BELONGS TO DEBTOR'S EX-SPOUSE | | | | | |
| 2 | Urb. Paseo De Aguadilla 1 Calle 1 Aguadilla Pr 00603 | $96,602.75 | $96,602.75 | OA | $0.00 | FA |
| **Asset Notes:** | URB. PASEO DE AGUADILLA 1 CALLE 1 AGUADILLA PR 00603 LOT AND CONCRETE RESIDENTIAL PROPERTY CONSISTING OF THREE BEDROOMS, TWO BATHROOMS, LIVINGROOM, DININGROOM, KITCHEN AND CARPORT. THE PROPERTY IS WORTH $216,000.00. DEBTOR WILL HAVE TO INCUR IN ATTORNEY AND REALTOR FEES IN ORDER TO SELL THE PROPERTY IN THE AMOUNT OF $11,994.50. CH7 TRUSTEES FEES ARE ALSO TAKEN INTO CONSIDERATION IN THE AMOUNT OF $10,800.00. 50% OF THE PROPERTY BELONG TO DEBTOR AND THE OTHER 50% BELONG TO DEBTOR'S EX-SPOUSE. Adversary case 18-00074 filed against EDGARDO R VARGAS SANTIAGO docket 44 | | | | | |
| 3 | Bo. Lomas Carr 149 Juana Diaz Pr 00795 | $125,223.00 | $125,223.00 | | $555,000.00 | FA |
| **Asset Notes:** | BO. LOMAS CARR 149 JUANA DIAZ PR 00795 LOT. THE PROPERTY IS WORTH $280,000.00. DEBTOR WILL HAVE TO | | | | | |

**FORM 1**

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page No:   2          Exhibit 8

| Case No.: | 17-07507-EAG | Trustee Name: | Noreen Wiscovitch-Rentas |
|---|---|---|---|
| Case Name: | Santiago Gonzalez, Victoria | Date Filed (f) or Converted (c): | 12/28/2017 (f) |
| For the Period Ending: | 2/7/2020 | §341(a) Meeting Date: | 01/25/2018 |
| | | Claims Bar Date: | 07/24/2018 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| INCUR IN ATTORNEY AND REALTOR FEES IN ORDER TO SELL THE PROPERTY IN THE AMOUNT OF $15,554.00. CH7 TRUSTEES FEES ARE ALSO TAKEN INTO CONSIDERATION IN THE AMOUNT OF $14,000.00. 50% BELONG TO DEBTOR AND THE OTHER 50% BELONG TO DEBTOR'S EX-SPOUSE <br><br> Trustee has two offers for $350,000.00 for this land.  - Noreen Wiscovitch 06/23/2018 <br><br> Adversary case 18-00074 filed against EDGARDO R VARGAS SANTIAGO docket 44 | | | | | |

| Ref. # | | | | | |
|---|---|---|---|---|---|
| 4 | Stove Top | $75.00 | $0.00 | $0.00 | FA |
| **Asset Notes:**  STOVE TOP | | | | | |
| 5 | Refrigerator | $500.00 | $0.00 | $0.00 | FA |
| **Asset Notes:**  REFRIGERATOR | | | | | |
| 6 | Microwave Oven | $20.00 | $0.00 | $0.00 | FA |
| **Asset Notes:**  MICROWAVE OVEN | | | | | |
| 7 | Oven | $80.00 | $0.00 | $0.00 | FA |
| **Asset Notes:**  OVEN | | | | | |
| 8 | Sofa | $10.00 | $0.00 | $0.00 | FA |
| **Asset Notes:**  SOFA | | | | | |
| 9 | 50" Tv | $175.00 | $0.00 | $0.00 | FA |
| **Asset Notes:**  50" TV | | | | | |
| 10 | Washing Machine | $250.00 | $0.00 | $0.00 | FA |
| **Asset Notes:**  WASHING MACHINE | | | | | |
| 11 | Dinningroom Table With Six Chairs | $75.00 | $0.00 | $0.00 | FA |
| **Asset Notes:**  DINNINGROOM TABLE WITH SIX CHAIRS | | | | | |
| 12 | Queen Size Bed | $80.00 | $0.00 | $0.00 | FA |
| **Asset Notes:**  QUEEN SIZE BED | | | | | |
| 13 | Six Draws Chest With Mirror | $65.00 | $0.00 | $0.00 | FA |
| **Asset Notes:**  SIX DRAWS CHEST WITH MIRROR <br><br> Not worth pursuing abandon at closing. NWR 10-28-18 | | | | | |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page No:   3          Exhibit 8

| Case No.: | 17-07507-EAG | Trustee Name: | Noreen Wiscovitch-Rentas |
| Case Name: | Santiago Gonzalez, Victoria | Date Filed (f) or Converted (c): | 12/28/2017 (f) |
| For the Period Ending: | 2/7/2020 | §341(a) Meeting Date: | 01/25/2018 |
| | | Claims Bar Date: | 07/24/2018 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description<br>(Scheduled and<br>Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Value | Estimated Net Value<br>(Value Determined by<br>Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property<br>Abandoned<br>OA =§ 554(a) abandon. | Sales/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| 14 | Chest | $70.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | CHEST | | | | | |
| 15 | Queen Size Bed | $100.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | QUEEN SIZE BED<br>Not worth pursuing | | | | | |
| 16 | Six Draw Chest With Mirror | $90.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | SIX DRAW CHEST WITH MIRROR | | | | | |
| 17 | Full Size Bed | $95.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | FULL SIZE BED | | | | | |
| 18 | Six Draw Chest With Mirror | $60.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | SIX DRAW CHEST WITH MIRROR | | | | | |
| 19 | Full Size Bed | $90.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | FULL SIZE BED | | | | | |
| 20 | Six Draw Chest With Mirror | $50.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | SIX DRAW CHEST WITH MIRROR | | | | | |
| 21 | Sofa | $40.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | SOFA | | | | | |
| 22 | Clothes And Accesories | $800.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | CLOTHES AND ACCESORIES | | | | | |
| 23 | Checking Account With Bppr | $10.00 | $10.00 | | $0.00 | FA |
| Asset Notes: | CHECKING ACCOUNT WITH BPPR<br>Amount not worth pursuing.  NWR 10-28-18 | | | | | |
| 24 | Aee | $150.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | AEE | | | | | |
| 25 | Aaa | $100.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | AAA | | | | | |
| 26 | Lot                                (u) | $0.00 | $10,000.00 | OA | $0.00 | FA |
| Asset Notes: | lot of land located at Calle Barcelo, Matinezo Cintron y Carrio, Juana Diaz, PR 00975<br>Debtor amended schedules B and C to disclose this asset and adjust exemption. docket 14 filed 3/5/18   - ymartinez 5/30/2018 | | | | | |
| 27 | Commercial Property           (u) | $0.00 | $250,000.00 | OA | $0.00 | FA |
| Asset Notes: | Funeraria San Ramon Inc | | | | | |

**FORM 1**
### INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

Page No:   4         Exhibit 8

| Case No.: | 17-07507-EAG | | Trustee Name: | Noreen Wiscovitch-Rentas |
| Case Name: | Santiago Gonzalez, Victoria | | Date Filed (f) or Converted (c): | 12/28/2017 (f) |
| For the Period Ending: | 2/7/2020 | | §341(a) Meeting Date: | 01/25/2018 |
| | | | Claims Bar Date: | 07/24/2018 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | **Asset Description<br>(Scheduled and<br>Unscheduled (u) Property)** | **Petition/<br>Unscheduled<br>Value** | **Estimated Net Value<br>(Value Determined by<br>Trustee,<br>Less Liens, Exemptions,<br>and Other Costs)** | **Property<br>Abandoned<br>OA =§ 554(a) abandon.** | **Sales/Funds<br>Received by<br>the Estate** | **Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets** |
| | 43 Luis Felipe dessus, Juana Diaz PR 00795 | | | | | |
| | Debtor amended schedules B and C to disclose this asset and adjust exemption. docket 14 filed 3/5/18   - ymartinez 5/30/2018 | | | | | |
| **Ref. #** | | | | | | |
| 28 | Toyota Sequoia                                    **(u)** | $14,772.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | 2008 Toyota Sequoia, used by Debtor, but under ex-spouse name | | | | | |
| | Debtor amended schedules B and C to disclose this asset and adjust exemption. docket 31 filed 5/16/18   - ymartinez 5/30/2018 | | | | | |
| | The motor vehicle has no value to the Estate.  It is in Ex-hubands name.  NWR 10-28-18 | | | | | |

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| **TOTALS (Excluding unknown value)** | | | | | |
| | $467,654.50 | $481,835.75 | | $555,000.00 | $0.00 |

---

#### Major Activities affecting case closing:

02/07/2020   TDR submitted to UST.  NWR 2/7/2020

10/30/2019   Checks cut.  NWR 11/2/19

07/29/2019   NFR and TFR submitted to the UST.  7/29/2019 nwiscovitch

04/24/2019   Claims reviewed.  Trustee awaiting cashing of the check by former spouse in order to submit TFR.  NWR 4/24/19

04/16/2019   Court approved payment to former spouse.  Trustee to complete final review of claims and prepare TFR after cashing of checks.  NWR 4-16-19

03/06/2019   Proposed distribution to co-owner of realty filed under section 726.   Also Notice of Abandonment filed in order to TFR.  NWR 3-6-19

12/01/2018   Court approved the sale of the industrial lot in Juana Diaz.  Sale was closed on November 30, 2018.  Trustee to prepare tax returns for capital gains and distribute half of the net proceeds
                   to the Debtor's former spouse.  NWR 12-1-18

10/28/2018   Trustee in litigation with Debtor's former spouse.  Notice of sale of industrial land in Juana Diaz filed.  NWR 10/28/18

                   Lawsuit filed against ex-spouse for the division of common property. - Noreen Wiscovitch 7/22/2018

                   Bar date requested.  Trustee to attempt to obtain payment on division of Marital property.  341 Meeting has not concluded. - Noreen Wiscovitch 04/25/2018

                   This case may go over 120 days.  Trustee investigating Debtor's interest in Funeral Home and other Real Properties.  No bar date requested.   - Noreen Wiscovitch 4/10/2018

                   [Noreen Wiscovitch 2018-04-10 19:38:25]

| **Initial Projected Date Of Final Report (TFR):** | 12/31/2019 | **Current Projected Date Of Final Report (TFR):** | 12/31/2019 | /s/ NOREEN WISCOVITCH-RENTAS |
| | | | | NOREEN WISCOVITCH-RENTAS |

Page No.: 1       Exhibit 9

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| **Case No.** | 17-07507-EAG | |
| **Case Name:** | Santiago Gonzalez, Victoria | |
| **Primary Taxpayer ID #:** | **-***0831 | |
| **Co-Debtor Taxpayer ID #:** | | |
| **For Period Beginning:** | 12/28/2017 | |
| **For Period Ending:** | 2/7/2020 | |

| | |
|---|---|
| **Trustee Name:** | Noreen Wiscovitch-Rentas |
| **Bank Name:** | Veritex Community Bank |
| **Checking Acct #:** | ******0701 |
| **Account Title:** | |
| **Blanket bond (per case limit):** | $13,092,422.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 11/28/2018 | (3) | HULA PROPERTIES, INC. | Good faith deposit on property: land on Bo. Lomas, Juana Diaz. | 1110-000 | $50,000.00 | | $50,000.00 |
| 11/30/2018 | (3) | HULA PROPERTIES INC | AMENDED NOTICE OF PUBLIC SALE OF ESTATE'S INTEREST IN INDUSTRIAL/COMMERCIAL PROPERTY DKT NO.74. | 1110-000 | $505,000.00 | | $555,000.00 |
| 12/01/2018 | 101 | CRIM | Correct amount owed for Cataster No. 366-019-108-07-000 is $10,722.22 for the years, 2016, 2017, 2018 and first Semester 2019.  Paid per amended Notice of Sale. | 4700-000 | | $10,722.22 | $544,277.78 |
| 01/07/2019 | 102 | NOEMI LANDRAU-RIVERA Former Trustee | Application for Compensation for NOEMI LANDRAU RIVERA. Dkt. No. 97. ORDER Granting Application for Compensation. Dkt. No. 114 | 3210-000 | | $5,550.00 | $538,727.78 |
| 01/07/2019 | 103 | MARIO MUNIZ | Application for Compensation  for MARIO MUNIZ. Dkt. 100. ORDER Granting Application for Compensation. Docket 115. | 3510-000 | | $14,000.00 | $524,727.78 |
| 01/21/2019 | 104 | SECRETARIO DE HACIENDA | 61-6610831 Tax Return 11/30/2018.  Per court order Dkt. Nos.: 109 and 118 | 2820-000 | | $36,709.00 | $488,018.78 |
| 03/11/2019 | 105 | Tamarez CPA. LLC | Application for Compensation for ALBERT TAMAREZ VASQUEZ. docket 121.  Approved Dkt. No. 136. | 3410-000 | | $1,500.00 | $486,518.78 |
| 03/11/2019 | 106 | TAMAREZ CPA, LLC | Application for Compensation for ALBERT TAMAREZ VASQUEZ. docket 121.  Approved Dkt. No. 136. | 3420-000 | | $93.50 | $486,425.28 |
| 03/20/2019 | 107 | NOEMI LANDRAU-RIVERA Former Trustee | Application for Compensation for NOEMI LANDRAU RIVERA. Docket 132 ORDER Granting Application for Compensation. Docket 143 | 3210-000 | | $14,035.00 | $472,390.28 |
| | | | **SUBTOTALS** | | $555,000.00 | $82,609.72 | |

FORM 2                                                                                          Page No: 2          Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| Case No. | 17-07507-EAG | Trustee Name: Noreen Wiscovitch-Rentas |
| Case Name: | Santiago Gonzalez, Victoria | Bank Name: Veritex Community Bank |
| Primary Taxpayer ID #: | **-***0831 | Checking Acct #: ******0701 |
| Co-Debtor Taxpayer ID #: | | Account Title: |
| For Period Beginning: | 12/28/2017 | Blanket bond (per case limit): $13,092,422.00 |
| For Period Ending: | 2/7/2020 | Separate bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received from | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
|---|---|---|---|---|---|---|---|
| 03/20/2019 | 107 | VOID: NOEMI LANDRAU-RIVERA Former Trustee | Application for Compensation for NOEMI LANDRAU RIVERA. Docket 132 ORDER Granting Application for Compensation. Docket 143 | 3210-003 | | ($14,035.00) | $486,425.28 |
| 03/20/2019 | 108 | NOEMI LANDRAU-RIVERA | Application for Compensation for NOEMI LANDRAU RIVERA. Docket 132 ORDER Granting Application for Compensation. Docket 143 | 3210-000 | | $14,035.00 | $472,390.28 |
| 03/20/2019 | 109 | NOEMI LANDRAU-RIVERA | Application for Compensation for NOEMI LANDRAU RIVERA. Docket 132 ORDER Granting Application for Compensation. Docket 143 | 3220-000 | | $111.35 | $472,278.93 |
| 04/15/2019 | 110 | Eduardo R. Vargas Santiago | Amended Motion to pay participation in community property sold by the Trustee.  Dkt. No. 142.  Approved Dkt. No. 148 | 8500-002 | | $179,340.19 | $292,938.74 |
| 07/17/2019 | 110 | STOP PAYMENT: Eduardo R. Vargas Santiago | Stop Payment for Check# 110 | 8500-002 | | ($179,340.19) | $472,278.93 |
| 07/17/2019 | 111 | CLERK, U.S. BANKRUPTCY COURT | Unclaimed Funds | 8500-002 | | $179,340.19 | $292,938.74 |
| 10/30/2019 | 112 | Noreen Wiscovitch-Rentas | Trustee Compensation | 2100-000 | | $17,220.10 | $275,718.64 |
| 10/30/2019 | 113 | CLERK OF THE COURT | Account Number: ; Claim #: ; Amount Claimed: 350.00; Distribution Dividend: 100.00; Amount Allowed: 350.00; Dividend: 0.11; Notes: Filing fees for Adversary case 18-00074 against EDGARDO R VARGAS SANTIAGO. docket 44.  Fees waived until there are funds in | 2700-000 | | $350.00 | $275,368.64 |
| 10/30/2019 | 114 | NOREEN WISCOVITCH-RENTAS | Trustee Expenses | 2200-000 | | $298.40 | $275,070.24 |

|  |  |  |  | SUBTOTALS | $0.00 | $197,320.04 | |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | | | | | |
|---|---|---|---|---|---|---|
| **Case No.** | 17-07507-EAG | | | **Trustee Name:** | | Noreen Wiscovitch-Rentas |
| **Case Name:** | Santiago Gonzalez, Victoria | | | **Bank Name:** | | Veritex Community Bank |
| **Primary Taxpayer ID #:** | **-***0831 | | | **Checking Acct #:** | | ******0701 |
| **Co-Debtor Taxpayer ID #:** | | | | **Account Title:** | | |
| **For Period Beginning:** | 12/28/2017 | | | **Blanket bond (per case limit):** | | $13,092,422.00 |
| **For Period Ending:** | 2/7/2020 | | | **Separate bond (if applicable):** | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| 10/30/2019 | 115 | CRIM | Account Number: ; Claim #: ; Amount Claimed: 10,722.22; Distribution Dividend: 100.00; Amount Allowed: 10,722.22; Dividend: 0.05; Notes: (5-1) REAL PROPERTY TAXES Correct amount owed for Cataster No. 366-019-108-07-000 is $10,722.22 for the years, 2016, 2 | * | | $174.75 | $274,895.49 |
| | | | Interest                                    $(174.75) | 7990-000 | | | $274,895.49 |
| 10/30/2019 | 116 | VICTORIA SANTIAGO GONZALEZ | Account Number: ; Claim #: ; Amount Claimed: 96,257.79; Distribution Dividend: 100.00; Amount Allowed: 96,257.79; Dividend: 32.85; Notes: Debtor Surplus; | 8200-002 | | $96,257.79 | $178,637.70 |
| 10/30/2019 | 117 | IVELISSE TORO ZAMBRANA | Account Number: ; Claim #: 1; Amount Claimed: 30,000.00; Distribution Dividend: 100.00; Amount Allowed: 30,000.00; Dividend: 10.55; Notes: (1-1) LEGAL FEES PAYMENT(1-2) LEGAL FEES PAYMENT- This claim was stipulated to be $30,000.   Its a preventive lien p | * | | $30,927.25 | $147,710.45 |
| | | | Claim Amount                            $(30,000.00) | 7100-000 | | | $147,710.45 |
| | | | Interest                                    $(927.25) | 7990-000 | | | $147,710.45 |
| 10/30/2019 | 118 | SCOTIABANK DE PUERTO RICO | Account Number: ; Claim #: 4; Amount Claimed: 105,247.53; Distribution Dividend: 100.00; Amount Allowed: 105,247.53; Dividend: 37.03; Notes: (4-1) Commercial Loan; | * | | $108,500.57 | $39,209.88 |
| | | | Claim Amount                          $(105,247.53) | 7100-000 | | | $39,209.88 |
| | | | Interest                                  $(3,253.04) | 7990-000 | | | $39,209.88 |
| | | | **SUBTOTALS** | | $0.00 | $235,860.36 | |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| Case No. | 17-07507-EAG | |
| Case Name: | Santiago Gonzalez, Victoria | |
| Primary Taxpayer ID #: | **-***0831 | |
| Co-Debtor Taxpayer ID #: | | |
| For Period Beginning: | 12/28/2017 | |
| For Period Ending: | 2/7/2020 | |

| | | |
|---|---|---|
| Trustee Name: | Noreen Wiscovitch-Rentas | |
| Bank Name: | Veritex Community Bank | |
| Checking Acct #: | ******0701 | |
| Account Title: | | |
| Blanket bond (per case limit): | $13,092,422.00 | |
| Separate bond (if applicable): | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 10/30/2019 | 119 | CRIM | Account Number: ; Claim #: 5; Amount Claimed: 12,216.25; Distribution Dividend: 100.00; Amount Allowed: 12,216.25; Dividend: 4.29; Notes: (5-1) REAL PROPERTY TAXES In the claim there is Cataster no. 024-063-630-17-000 (realty in Aguadilla, which the Trust | * | | $12,593.84 | $26,616.04 |
| | | | Claim Amount                          $(12,216.25) | 4700-000 | | | $26,616.04 |
| | | | Interest                                  $(377.59) | 7990-000 | | | $26,616.04 |
| 10/30/2019 | 120 | CRIM | Account Number: ; Claim #: 5; Amount Claimed: 8,670.68; Distribution Dividend: 100.00; Amount Allowed: 8,670.68; Dividend: 3.05; Notes: (5-1) REAL PROPERTY TAXES

Unsecured portion of Cataster No. 024-063-630-17-000 $956.46 Unsecured portion of Cataster | * | | $8,938.68 | $17,677.36 |
| | | | Claim Amount                           $(8,670.68) | 7100-000 | | | $17,677.36 |
| | | | Interest                                  $(268.00) | 7990-000 | | | $17,677.36 |
| 10/30/2019 | 121 | Edgardo R. Vargas Santiago | Account Number: ; Claim #: 6; Amount Claimed: 17,147.36; Distribution Dividend: 100.00; Amount Allowed: 17,147.36; Dividend: 6.03; Notes: Payment of Claims Nos. 2 and 3.; | * | | $17,677.36 | $0.00 |
| | | | Claim Amount                          $(17,147.36) | 7200-000 | | | $0.00 |
| | | | Interest                                  $(530.00) | 7990-000 | | | $0.00 |
| 01/28/2020 | 117 | STOP PAYMENT: IVELISSE TORO ZAMBRANA | Stop Payment for Check# 117 | * | | ($30,927.25) | $30,927.25 |
| | | | Claim Amount                           $30,000.00 | 7100-004 | | | $30,927.25 |
| | | | Interest                                   $927.25 | 7990-004 | | | $30,927.25 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | **SUBTOTALS** | | $0.00 | $8,282.63 | |

Page No: 5                Exhibit 9

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| Case No. | 17-07507-EAG | |
| Case Name: | Santiago Gonzalez, Victoria | |
| Primary Taxpayer ID #: | **-***0831 | |
| Co-Debtor Taxpayer ID #: | | |
| For Period Beginning: | 12/28/2017 | |
| For Period Ending: | 2/7/2020 | |

| | | |
|---|---|---|
| Trustee Name: | Noreen Wiscovitch-Rentas | |
| Bank Name: | Veritex Community Bank | |
| Checking Acct #: | ******0701 | |
| Account Title: | | |
| Blanket bond (per case limit): | $13,092,422.00 | |
| Separate bond (if applicable): | | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 01/28/2020 | 122 | IVELISSE TORO ZAMBRANA | Account Number: ; Claim #: 1; Amount Claimed: 30,000.00; Distribution Dividend: 100.00; Amount Allowed: 30,000.00; Dividend: 10.55; Notes: (1-1) LEGAL FEES PAYMENT(1-2) LEGAL FEES PAYMENT- This claim was stipulated to be $30,000. Its a preventive lien p | * | | $30,927.25 | $0.00 |
| | | | Claim Amount                    $(30,000.00) | 7100-000 | | | $0.00 |
| | | | Interest                            $(927.25) | 7990-000 | | | $0.00 |

| | | | | |
|---|---|---|---|---|
| **TOTALS:** | $555,000.00 | $555,000.00 | $0.00 |
| **Less: Bank transfers/CDs** | $0.00 | $0.00 | |
| **Subtotal** | $555,000.00 | $555,000.00 | |
| **Less: Payments to debtors** | $0.00 | $96,257.79 | |
| **Net** | $555,000.00 | $458,742.21 | |

| For the period of 12/28/2017 to 2/7/2020 | | For the entire history of the account between 11/28/2018 to 2/7/2020 | |
|---|---|---|---|
| Total Compensable Receipts: | $555,000.00 | Total Compensable Receipts: | $555,000.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $555,000.00 | Total Comp/Non Comp Receipts: | $555,000.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $279,402.02 | Total Compensable Disbursements: | $279,402.02 |
| Total Non-Compensable Disbursements: | $275,597.98 | Total Non-Compensable Disbursements: | $275,597.98 |
| Total Comp/Non Comp Disbursements: | $555,000.00 | Total Comp/Non Comp Disbursements: | $555,000.00 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

Page No: 6        Exhibit 9

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| Case No. | 17-07507-EAG | |
| Case Name: | Santiago Gonzalez, Victoria | |
| Primary Taxpayer ID #: | **-***0831 | |
| Co-Debtor Taxpayer ID #: | | |
| For Period Beginning: | 12/28/2017 | |
| For Period Ending: | 2/7/2020 | |

| | | |
|---|---|---|
| Trustee Name: | Noreen Wiscovitch-Rentas | |
| Bank Name: | Veritex Community Bank | |
| Checking Acct #: | ******0701 | |
| Account Title: | | |
| Blanket bond (per case limit): | $13,092,422.00 | |
| Separate bond (if applicable): | | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | $555,000.00 | $555,000.00 | $0.00 |

| For the period of 12/28/2017 to 2/7/2020 | | For the entire history of the case between 12/28/2017 to 2/7/2020 | |
|---|---|---|---|
| Total Compensable Receipts: | $555,000.00 | Total Compensable Receipts: | $555,000.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $555,000.00 | Total Comp/Non Comp Receipts: | $555,000.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $279,402.02 | Total Compensable Disbursements: | $279,402.02 |
| Total Non-Compensable Disbursements: | $275,597.98 | Total Non-Compensable Disbursements: | $275,597.98 |
| Total Comp/Non Comp Disbursements: | $555,000.00 | Total Comp/Non Comp Disbursements: | $555,000.00 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

/s/ NOREEN WISCOVITCH-RENTAS

NOREEN WISCOVITCH-RENTAS